IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**M.R. PETROLEUM, LLC**                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00368-BSM**

**UNITED STATES OF AMERICA**                                                       **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 15], this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE